IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Allison B. Young, | ) | C/A No.: 5:15-cv-04153-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 16, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. In the motion, Plaintiff requested attorney's fees in the amount of $4,752.56 and expenses in the amount of $16.00. On June 28, 2017, the parties filed a stipulation indicating that the parties agreed to an EAJA award of $3,400.00 in attorney's fees and $16.00 in expenses. The stipulation provides that fees awarded are subject to be offset if the prevailing party owes a debt to the federal government.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $3,400.00 in attorney's fees and $16.00 in expenses pursuant to EAJA**,** subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to her attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

 s/ R. Bryan Harwell
June 30, 2017
Florence, South Carolina

R. Bryan Harwell
United States District Judge